Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case No.: 2:21-01165-TLN-CKD |
| Plaintiff, | Judge Carolyn K. Delaney |
| vs. | **DECLARATION OF LINCOLN D. BANDLOW IN SUPPORT OF PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |
| JOHN DOE subscriber assigned IP address 98.242.52.89, | |
| Defendant. | |

I, Lincoln Bandlow, declare as follows:

1. I am over the age of 18 and am otherwise competent to make this declaration. I am an attorney duly licensed and authorized to practice in the State of California and I am counsel for Plaintiff Strike 3 Holdings, LLC ("Strike 3" or "Plaintiff") in the above-titled action.

2. I offer this declaration in support of Strike 3's Application for Extension of Time within Which to Effectuate Service on John Doe Defendant. This declaration is based on my personal knowledge and, if called upon to do so, I could and would testify that the facts stated herein are true and accurate.

1

Declaration of Lincoln D. Bandlow in Support of Plaintiff's Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant
Case No. 2:21-cv-01165-TLN-CKD

3. Pursuant to Fed. R. Civ. P. Rule 4(m), in this case Plaintiff must effectuate service on the Defendant by no later than September 28, 2021.

4. Strike 3 originally filed a pure bill of discovery in Florida state court to obtain a court order authorizing the ISP to disclose Doe's identity.

5. That court granted Strike 3's request for a pure bill of discovery.

6. Doe retained counsel and objected to the court's order and Strike 3's subsequent subpoena on, *inter alia*, jurisdictional grounds.

7. Thus, Strike 3 filed a Complaint for copyright infringement before this Court.

8. Since Doe had previously retained counsel, I held several conferrals with opposing counsel on this discovery dispute.

9. Finally, on September 24, counsel for Doe determined that he would not disclose Doe's identity, but agreed not to oppose Strike 3 filing an application for early discovery with this Court. As a result, Strike 3 filed its Unopposed Application for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference on September 27, 2021.

10. Upon receipt of the ISP response, additional time will be required for the Plaintiff to further investigate and determine whether the individual identified by the ISP is the appropriate defendant for this action. Further, Plaintiff will need time to confer with Defendant regarding the scheduling of an informal conference as required by this Court's Order and, if the Defendant wishes to do so, schedule and conduct that conference with the Court. Finally, if Plaintiff proceeds with amending the complaint, which identifies the Defendant by name and provides other information that identifies the Defendant, it is virtually certain[1] that Plaintiff

---

[1] Defendants in these actions typically request that they be allowed to proceed in these matters without being identified on the public record, it appears here that

2

Declaration of Lincoln D. Bandlow in Support of Plaintiff's Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant
Case No. 2:21-cv-01165-TLN-CKD

would first file on the public docket a version of the amended complaint that redacts such identifying information.  Plaintiff would then seek a Court order allowing it to file under seal an unredacted version of its amended complaint and summons which includes Defendant's identity which Plaintiff would need to formally serve the Defendant.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is, to the best of my knowledge, true and correct.

Executed on this this 28th day of September, 2021.

_____
Lincoln D. Bandlow

---

Defendant will make that request, and Plaintiff has a policy of stipulating to such requests.

3