UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 98.242.52.89,<br><br>　　　　　Defendant. | Case No.: 2:21-01165-TLN-CKD<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |

THIS CAUSE came before the Court upon Plaintiff's application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have up to and including November 27, 2021 to effectuate service of a summons and Complaint on Defendant.

**DONE AND ORDERED**.

Dated: _____    By: _____
　　　　　　　　　　　　　　　　　　**United States District Judge**
　　　　　　　　　　　　　　　　　　Hon. Carolyn K. Delaney

1

[Proposed] Order on Plaintiff's Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant
Case No. 2:21-cv-01165-TLN-CKD