# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 98.242.52.89,<br><br>    Defendant. | Case No.: 2:21-01165-TLN-CKD<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |

THIS CAUSE came before the Court upon Plaintiff's application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have up to and including November 27, 2021 to effectuate service of a summons and Complaint on Defendant.

/////

1

**IT IS SO ORDERED**.

Dated:  September 30, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.stri1165.36serv

2

[Proposed] Order on Plaintiff's Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant
Case No. 2:21-cv-01165-TLN-CKD