UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | No. 2:20-cv-01165-TLN-CKD |
| Plaintiff, | |
| v. | ORDER TO FILE FURTHER STATUS REPORT |
| JOHN DOE subscriber assigned IP address 98.242.52.89 | |
| Defendant. | |

On November 12, 2021, plaintiff filed a status report (ECF No. 12) pursuant to the terms of this court's September 29, 2021 order. Plaintiff states the subscriber-defendant is represented by counsel who is aware of the procedures outlined by the September 29, 2021 order. Plaintiff is currently investigating whether it wishes to proceed in this action.

Good cause appearing, IT IS ORDERED:

1. Not later than December 29, 2021, plaintiff shall file a further status report; and

2. In light of the August 18, 2021 order reassigning this case, any previously existing hearing dates before other judges have been vacated and an initial scheduling conference will be reset at a later date, if appropriate.

Dated: November 16, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Strike3.1165.status

1