UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 98.242.52.89,<br><br>　　　　Defendant. | Case No.: 2:21-cv-01165-TLN-CKD<br><br>**[PROPOSED]** **ORDER ON PLAINTIFF'S SECOND APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |

　　　THIS CAUSE came before the Court upon Plaintiff's second application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

　　　ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have up to and including January 31, 2022 to effectuate service of a summons and Complaint on Defendant.

　　　**IT IS SO ORDERED**.

Dated:  December 1, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

8.stri1165.36serv

1