UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | No. 2:21-cv-1165-TLN-CKD |
| Plaintiff, | |
| v. | ORDER |
| JOHN DOE subscriber assigned IP address 98.242.52.89, | |
| Defendant. | |

Plaintiff filed this matter on June 30, 2021, alleging it holds the copyright on various adult films, and that defendant is infringing on those copyrights by anonymously downloading and distributing Strike 3's films to others using the BitTorrent protocol. (ECF No. 1.) Plaintiff's status report filed on December 29, 2021 is before the court. (ECF No. 16.)

In this case, plaintiff initially sought to determine Doe's identity by utilizing a state court procedure in Florida. Doe was represented by counsel in that action. Plaintiff states defendant, through counsel, has indicated he does not wish to take part in the informal conference procedure outlined by the Court's September 29, 2021 order. In addition, according to plaintiff, defendant's counsel has indicated counsel does not have authority from Doe to accept service on Doe's behalf. Accordingly, plaintiff now seeks to file redacted versions (redacting Doe's name and identifying information) of its First Amended Complaint, Summons and Return of Service on the public docket and unredacted versions of these documents under seal. Plaintiff also asks the

1

court to amend its previous order to allow plaintiff to formally serve Doe with the Summons and First Amended Complaint in this action.

  Good cause appearing, IT IS HEREBY ORDERED:

  1. Plaintiff's request is granted.

  2. Plaintiff may formally serve Doe with the Summons and First Amended Complaint in this action.

  3. In order to do so, plaintiff may file under seal: (1) an unredacted version of its First Amended Complaint; (2) an unredacted proposed summons; and (3) after service is effectuated on defendant, an unredacted return of service under seal, with a redacted version to be filed on the public docket.

  4. Plaintiff shall comply with Local Rule 141.

  5. The documents shall remain under seal until further order of the court.

Dated: January 10, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Strike3.1165.redact.seal